Filed 8/5/16  P. v. williams CA2/4

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B265809 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. MA063621) |
| v. | |
| BRYCE WILLIAMS, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Daviann L. Mitchell, Judge.  Affirmed.

Greg Demirchyan, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Defendant Bryce Williams was charged by felony complaint with three counts:  second degree robbery (Pen. Code, § 211), bringing contraband into the jail (§ 4573, subd. (a)), and resisting arrest (§ 148, subd. (a)(1), a misdemeanor).[1] On July 30, 2014, before his preliminary hearing, he pled no contest to the robbery charge.  On August 20, 2014, he was sentenced to five years in state prison, execution of which was suspended.  He was placed on probation for three years subject to various terms and conditions, including that he serve 244 days in county jail with credit for 244 days.  The remaining counts were dismissed.

On March 20, 2015, defendant's probation was revoked and a bench warrant issued for defendant's arrest.  Following defendants' arrest, on July 16, 2015, the court held a formal probation violation hearing.  At the hearing, evidence was presented that defendant failed to report to his probation officer, that on May 7, 2015, he had an argument with his girlfriend, Larrneshia McNeal (the mother of his child), in which he struck her in the face, and that he violated an order requiring him to have no contact with McNeal.  The trial court found defendant in violation of probation, and sentenced him to the previously suspended term of five years in state prison.

Defendant filed a notice of appeal from the judgment.  His court appointed counsel filed an opening brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436, requesting that we conduct an independent examination of the record.  Defendant filed a supplemental letter brief in which he stated that he was taking responsibility for his actions, and that he would dedicate himself in the future to being a better father.

---

[1]     All undesignated section references are to the Penal Code.
        According to the probation report, defendant was one of three people who punched and kicked victim Abraham G. and took his cell phone.  After being transported to county jail, defendant was found to have marijuana concealed in his sock.

We have conducted an independent review of the record, and conclude that no arguable issues exist.

## DISPOSITION

The judgment is affirmed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**


WILLHITE, J.


We concur:


EPSTEIN, P. J.


MANELLA, J.

3